1118

No. 82–5860.   SLOTCAVAGE v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied. 

No. 82–5862.   BOGGS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied. 